IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:94-CR-00438-CRI-1 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN FREYDELL | ) | |

And now, this  22nd  day of March 2024, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 9:94-cr-00438 against defendant JOHN FREYDELL be dismissed and the same is hereby dismissed without prejudice.

s/ Bruce Howe Hendricks
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina